USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2020

LAW OFFICE OF
SANDRA D. PARKER
1776 BROADWAY - 21ST FLOOR
NEW YORK, NEW YORK 10019
WWW.SDP-LAW.COM



TELEPHONE 212-317-2883
FACSIMILE 212-317-1383
SPARKER@SDP-LAW.COM

January 28, 2020

**COURTESY COPY**

**BY ECF**
Honorable Debra C. Freeman
United States District Court
500 Pearl Street
New York, NY 10007

RE:    Branch v. SUNY et al.
       18 CV 9516 (AT)(DCF)

Dear Judge Freeman:

This firm represents Romain Branch, the Plaintiff in the above entitled action. Counsel writes to obtain clarification regarding the Court's January 28, 2020 Memo Endorsed Order. ECF #72. In that Order, the Court identified four unresolved issues that the parties presented in their January 24, 2020 joint letter. ECF #71. However, the joint letter listed a fifth issue. See ECF #71, p. 2. The Order makes reference to only four of those five issues, listed in the joint letter, and does not mention issue number 5. Specifically Plaintiff's position that Defendants did not provide responsive documents and information to Interrogatory No. 3, 11, 13, 14, 16 and 18 and Document Request No. 12(d), No.19 (listed as Plaintiff's 18), No. 20 (listed as Plaintiff's No. 19) and No. 23 (listed as Plaintiff's 22). See ECF #71, p.2.

Included in the sought for documents and information in issue number 5 are discrimination complaints made against all of the decision makers, and the identities of employees other than Plaintiff, whose employment contract SUNY decided not to renew.

Plaintiff respectfully requests the opportunity to address in his motion, issue number 5 listed in the parties' joint letter.

Respectfully submitted,

Sandra D. Parker
SDP:mm

cc:   Elyce Matthews, Esq. (By ECF)

*In its earlier order of 4 days date, the Court inadvertently overlooked the fifth discovery issue identified by the parties. That issue should also be addressed in the parties' joint submission, due 2/7/2020.*

**SO ORDERED:   DATE:** 1/28/2020

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE