UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
ROMAINE R. BRANCH,                                           :
                                                             :
                                     Plaintiff,              :
                                                             :       18-cv-9516 (AT) (DF)
             - against -                                     :
                                                             :
STATE UNIVERSITY OF NEW YORK and     :                               **JOINT STIPULATION**
AYMAN FANOUS, Individually and as Chair of :                         **AND [PROPOSED]**
the Department of Psychiatry, STATE                          :       **ORDER TO VACATE**
UNIVERSITY OF NEW YORK                                       :       **CERTIFICATE OF**
DOWNSTATE MEDICAL CENTER,                                    :       **DEFAULT**
                                                             :
                                     Defendants.             :
                                                             :
------------------------------------------------------------ X


     IT IS HEREBY STIPULATED AND AGREED, pursuant to the Court's Order of

November 13, 2020, by and between the undersigned attorneys for the parties herein, that:

   1. The Clerk's Certificate of Default issued as to Defendants on November 10, 2020 (ECF No.

       154) shall be vacated; and

   2. Defendants shall answer the Third Amended Complaint on or before December 14, 2020.

LAW OFFICES OF                                      OFFICE OF THE NEW YORK
SANDRA D. PARKER                                    STATE ATTORNEY GENERAL

By                                                  By: ___/s/ Johane Severin_____
        Sandra D. Parker                                   Johane Severin
                                                           Assistant Attorney General
110 East 59th Street, Suite 3200                    28 Liberty Street
New York, New York 10022                            New York, New York 10005
(212) 317-2883                                      (212) 416-8565
*Counsel for Plaintiff*                             *Counsel for Defendants*

Dated: November 18, 2020                            Dated: November 18 2020


                              SO ORDERED:


                              _____
                              The Honorable Analisa Torres
                              United States District Judge