```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMAIN R. BRANCH,

                Plaintiff,

-against-

STATE UNIVERSITY OF NEW YORK and AYMAN FANOUS, Individually and as Chair of the Department of Psychiatry, STATE UNIVERSITY OF NEW YORK DOWNSTATE MEDICAL CENTER,

                Defendants.

18 Civ. 9516 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    The parties have stipulated to vacate the certificate of default. ECF No. 160. Accordingly, by **January 4, 2021**, Defendants shall file their pre-motion letter regarding their motion for summary judgment.

    SO ORDERED.

Dated: November 19, 2020
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge