USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/19/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMAIN R. BRANCH,

          Plaintiff,

-against-

STATE UNIVERSITY OF NEW YORK and AYMAN FANOUS, Individually and as Chair of the Department of Psychiatry, STATE UNIVERSITY OF NEW YORK DOWNSTATE MEDICAL CENTER,

          Defendants.

18 Civ. 9516 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

The Court has reviewed the parties' pre-motion letters, ECF Nos. 168–169. Accordingly:

1. Defendants' request to file a motion for summary judgment is GRANTED;
2. By **February 23, 2021**, Defendants shall file their motion for summary judgment;
3. By **March 9, 2021**, Plaintiff shall file his opposition; and
4. By **March 23, 2021**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: January 19, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge