**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ROMAIN R. BRANCH,

                   Plaintiff,

-against-                                    18 **CIVIL** 9516 (AT)

## JUDGMENT

STATE UNIVERSITY OF NEW YORK and
AYMAN FANOUS, Individually and as Chair of
the Department of Psychiatry, STATE
UNIVERSITY OF NEW YORK DOWNSTATE
MEDICAL CENTER,

                   Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 17, 2023, Defendants' motion for summary judgment is GRANTED as to Plaintiff's claims under Title VII, § 1981, § 1983, and the NYSHRL. The Court declines to exercise supplemental jurisdiction over Plaintiff's claims under the NYCHRL, and, therefore, those claims are DISMISSED without prejudice to renewal in state court. Plaintiff's request that the Court revisit its decision dismissing his retaliation claims and allow him leave to file a supplemental brief is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

      January 17, 2023

                                                    **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                    **BY:**      *K. Mango*

                                                      **Deputy Clerk**